UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTINE ROSSI, | ) | CASE NO. 1: 25 CV 625 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| v. | ) | <u>ORDER ADOPTING</u> |
| | ) | <u>MAGISTRATE'S REPORT AND</u> |
| | ) | <u>RECOMMENDATION</u> |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Report and Recommendation of Magistrate Judge Jennifer Dowdell Armstrong. (ECF #12). The Report and Recommendation, issued on December 18, 2025, is hereby ADOPTED by this Court, without objection. Plaintiff sought review of the Commissioner's denial of her request for disability insurance benefits and supplemental security income. The administrative law judge ("ALJ") determined that Ms. Rossi's conditions did not, singly or in combination, meet the severity requirements of 20 CFR., Part 404, Subpart P, Appendix 1. The ALJ further determined that Ms. Rossi had the residual functional capacity to perform certain light work, as defined in 20 CFR 404.1567(b) and 416.967(b), and could perform jobs that exist in significant numbers in the national economy.

Ms. Rossi challenged this determination, alleging that the ALJ erred by (1) failing to consider all of Plaintiff's impairments and related limitations; (2) failing to properly evaluate her headaches; and, (3) failed to find that her symptoms precluded her from engaging in substantial

gainful activity on a full-time sustained basis. The Magistrate Judge found that although the ALJ properly addressed her headaches under step three, his decision did not adequately explain why he discounted Ms. Rossi's subjective complaints relating to her fibromyalgia in light of the unique nature of that condition. Further, although the ALJ did not adequately address Ms. Rossi's complaints of dizziness, that deficiency was harmless given that there was a finding that she suffered from severe impairments and the ALJ discussed the effects of her dizziness when formulating her residual functional capacity.

Based on a full review of the arguments presented, the applicable law, and the record before the Court, Magistrate Armstrong's report recommends that the Court find that the Commissioner's improperly relied on the lack of objective evidence of disability stemming from Ms. Rossi's fibromyalgia, without evaluating her subjective complaints of pain and fatigue. No timely objections to the report have been filed. The Court has reviewed *de novo* the Report and Recommendation, *see Ohio Citizen Action v. City of Seven Hills*, 35 F. Supp. 2d 575, 577 (N.D. Ohio 1999), and ADOPTS the Magistrate Judge's Report and Recommendation in its entirely. (ECF #12). The Commissioner's decision denying Ms. Rossi's disability insurance and supplemental security income is, therefore, REVERSED and REMANDED for further proceedings consistent with the Report and Recommendation and this opinion. IT IS SO ORDERED.

DATED: February 5, 2026

DONALD C. NUGENT
United States District Judge